[No. 18661-6-II.  Division Two.  April 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
QUOC-HUNG NGUYEN TA, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-8-00182-0, William Knebes, J. Pro Tem., entered September 14, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 17901-6-II.  Division Two.  April 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DARALYN
LIESKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 270455-R040, Thomas Felnagle, J., entered December 15, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Turner and Armstrong, JJ.

[No. 18115-1-II.  Division Two.  April 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
RANDOLPH STELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-01018-2, William J. Kamps, J., entered March 18, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Morgan and Armstrong, JJ.

[No. 27753-7-I.  Division One.  April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL
FONTENOT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03700-9, Arthur E. Piehler, J., entered January 28, 1991. *Affirmed* by unpublished per curiam opinion.